AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _Antonio Gendraw_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _MCI Norfolk in Mass_

   Are you employed at the institution? _NO_   Do you receive any payment from the institution? _NO_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _NONE_

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_4/2/04_                     _Antonio Genleau_
Date                          Signature of Applicant

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20040309 14:25**

| Commit# : | W66526 | | MCI NORFOLK | Page : 1 |
| Name : | GENDRAW, ANTONIO, , | Statement From | 20030901 | |
| Inst : | MCI NORFOLK | To | 20040309 | |
| Block : | 8-2 | | | |
| Cell/Bed : | 215 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total Transaction before this Period : | | $2,137.23 | $1,957.69 | $9.59 | $9.59 |
| 20030903 22:30 | CN - Canteen | 1615477 | | OCC | ~Canteen Date : 20030903 | $0.00 | $55.54 | $0.00 | $0.00 |
| 20030910 07:52 | IS - Interest | 1646213 | | OCC | | $0.30 | $0.00 | $0.00 | $0.00 |
| 20030912 10:49 | IC - Transfer from Inmate to Club A/c | 1677088 | | OCC | ~APPLIANCE ORDER~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $29.06 | $0.00 | $0.00 |
| 20030922 22:30 | CN - Canteen | 1711654 | | OCC | ~Canteen Date : 20030922 | $0.00 | $55.56 | $0.00 | $0.00 |
| 20030930 22:31 | CN - Canteen | 1745594 | | OCC | ~Canteen Date : 20030930 | $0.00 | $39.13 | $0.00 | $0.00 |
| 20031008 16:56 | IS - Interest | 1781636 | | OCC | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20031015 09:49 | VI - Visitation | 1818794 | | STH | ~VICKY GRENDRAW | $60.00 | $0.00 | $0.00 | $0.00 |
| 20031015 09:49 | TI - Transfer from Institution | 1818795 | | STH | ~Associate Receipt Number is 1818794 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20031015 09:49 | TI - Transfer from Institution | 1818796 | | OCC | ~Associate Receipt Number is 1818794 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20031021 10:17 | ML - Mail | 1844130 | | STH | ~VICTORIA GENDRAW | $60.00 | $0.00 | $0.00 | $0.00 |
| 20031021 10:17 | TI - Transfer from Institution | 1844131 | | STH | ~Associate Receipt Number is 1844130 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20031021 10:17 | TI - Transfer from Institution | 1844132 | | OCC | ~Associate Receipt Number is 1844130 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20031021 22:30 | CN - Canteen | 1847187 | | OCC | ~Canteen Date : 20031021 | $0.00 | $57.02 | $0.00 | $0.00 |
| 20031027 22:30 | CN - Canteen | 1870625 | | OCC | ~Canteen Date : 20031027 | $0.00 | $59.76 | $0.00 | $0.00 |
| 20031028 09:31 | VI - Visitation | 1874037 | | STH | ~VICKY GRENDRAW | $60.00 | $0.00 | $0.00 | $0.00 |
| 20031028 09:31 | TI - Transfer from Institution | 1874038 | | STH | ~Associate Receipt Number is 1874037 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20031028 09:31 | TI - Transfer from Institution | 1874039 | | OCC | ~Associate Receipt Number is 1874037 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20031104 09:34 | ML - Mail | 1900741 | | STH | ~VICKY GRENDRAW | $60.00 | $0.00 | $0.00 | $0.00 |
| 20031104 09:34 | TI - Transfer from Institution | 1900742 | | STH | ~Associate Receipt Number is 1900741 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20031104 09:34 | TI - Transfer from Institution | 1900743 | | OCC | ~Associate Receipt Number is 1900741 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20031104 22:30 | CN - Canteen | 1903482 | | OCC | ~Canteen Date : 20031104 | $0.00 | $58.94 | $0.00 | $0.00 |
| 20031107 16:26 | IS - Interest | 1926726 | | OCC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20031111 22:30 | CN - Canteen | 1947365 | | OCC | ~Canteen Date : 20031111 | $0.00 | $59.20 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040309 14:25

| | | | | | Page 2 |
|---|---|---|---|---|---|
| Commit# : | W66526 | | MCI NORFOLK | | |
| Name : | GENDRAW, ANTONIO, , | Statement From | 20030901 | | |
| Inst : | MCI NORFOLK | To | 20040309 | | |
| Block : | 8-2 | | | | |
| Cell/Bed : | 215/B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031202 22:30 | CN - Canteen | 2032670 | | OCC | ~Canteen Date : 20031202 | $0.00 | $21.43 | $0.00 | $0.00 |
| 20031203 23:02 | PY - Payroll | 2040205 | | OCC | ~20031116 To 20031122 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20031203 23:02 | PY - Payroll | 2040318 | | OCC | ~20031116 To 20031122 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20031209 13:39 | IS - Interest | 2062925 | | OCC | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20031209 22:31 | CN - Canteen | 2078652 | | OCC | ~Canteen Date : 20031209 | $0.00 | $14.61 | $0.00 | $0.00 |
| 20031210 23:03 | PY - Payroll | 2085422 | | OCC | ~20031123 To 20031129 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20031216 22:30 | CN - Canteen | 2109026 | | OCC | ~Canteen Date : 20031216 | $0.00 | $8.87 | $0.00 | $0.00 |
| 20031217 23:02 | PY - Payroll | 2116785 | | OCC | ~20031130 To 20031206 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20031223 22:30 | CN - Canteen | 2144644 | | OCC | ~Canteen Date : 20031223 | $0.00 | $8.77 | $0.00 | $0.00 |
| 20031224 23:02 | PY - Payroll | 2154125 | | OCC | ~20031207 To 20031213 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20031230 22:31 | CN - Canteen | 2173126 | | OCC | ~Canteen Date : 20031230 | $0.00 | $8.69 | $0.00 | $0.00 |
| 20031231 23:02 | PY - Payroll | 2179748 | | OCC | ~20031214 To 20031220 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20040106 22:30 | CN - Canteen | 2201092 | | OCC | ~Canteen Date : 20040106 | $0.00 | $9.73 | $0.00 | $0.00 |
| 20040107 23:03 | PY - Payroll | 2207814 | | OCC | ~20031221 To 20031227 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20040113 12:03 | IS - Interest | 2230437 | | OCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040113 22:31 | CN - Canteen | 2246058 | | OCC | ~Canteen Date : 20040113 | $0.00 | $12.14 | $0.00 | $0.00 |
| 20040114 23:03 | PY - Payroll | 2252393 | | OCC | ~20031228 To 20040103 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20040115 09:29 | ML - Mail | 2258639 | | STH | ~WILLIE MAE GENDRAW | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040115 09:29 | TI - Transfer from Institution | 2258640 | | STH | ~Associate Receipt Number is 2258639 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20040115 09:29 | TI - Transfer from Institution | 2258641 | | OCC | ~Associate Receipt Number is 2258639 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040115 09:29 | ML - Mail | 2258645 | | STH | ~WILLIE MAE GENDRAW | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040115 09:29 | TI - Transfer from Institution | 2258646 | | STH | ~Associate Receipt Number is 2258645 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20040115 09:29 | TI - Transfer from Institution | 2258647 | | OCC | ~Associate Receipt Number is 2258645 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040119 22:30 | CN - Canteen | 2266636 | | OCC | ~Canteen Date : 20040119 | $0.00 | $57.25 | $0.00 | $0.00 |
| 20040121 23:05 | PY - Payroll | 2279519 | | OCC | ~20040104 To 20040110 | $12.00 | | | |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040309 14:25

| Commit# : | W66526 | | | MCI NORFOLK | Page 3 |
| --- | --- | --- | --- | --- | --- |
| Name : | GENDRAW, ANTONIO, , | | Statement From | 20030901 | |
| Inst : | MCI NORFOLK | | To | 20040309 | |
| Block : | 8-2 | | | | |
| Cell/Bed : | 215 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20040204 23:03 | PY - Payroll | 2336499 | | OCC | ~20040118 To 20040124 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20040209 22:30 | CN - Canteen | 2354339 | | OCC | ~Canteen Date : 20040209 | $0.00 | $26.82 | $0.00 | $0.00 |
| 20040210 11:37 | IS - Interest | 2360029 | | OCC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20040211 23:04 | PY - Payroll | 2381576 | | OCC | ~20040125 To 20040131 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20040217 22:31 | CN - Canteen | 2403209 | | OCC | ~Canteen Date : 20040217 | $0.00 | $24.48 | $0.00 | $0.00 |
| 20040218 10:08 | ML - Mail | 2404265 | | STH | ~CASSANDRA GENDRAW | $75.00 | $0.00 | $0.00 | $0.00 |
| 20040218 10:08 | TI - Transfer from Institution | 2404266 | | STH | ~Associate Receipt Number is 2404265 | $0.00 | $75.00 | $0.00 | $0.00 |
| 20040218 10:08 | TI - Transfer from Institution | 2404267 | | OCC | ~Associate Receipt Number is 2404265 | $75.00 | $0.00 | $0.00 | $0.00 |
| 20040218 10:39 | VI - Visitation | 2404644 | | STH | ~VICKI GENDRAW | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040218 10:39 | TI - Transfer from Institution | 2404645 | | STH | ~Associate Receipt Number is 2404644 | $0.00 | $40.00 | $0.00 | $0.00 |
| 20040218 10:39 | TI - Transfer from Institution | 2404646 | | OCC | ~Associate Receipt Number is 2404644 | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040218 23:03 | PY - Payroll | 2409305 | | OCC | ~20040201 To 20040207 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20040224 22:30 | CN - Canteen | 2431064 | | OCC | ~Canteen Date : 20040224 | $0.00 | $31.61 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2438522 | | OCC | ~20040208 To 20040214 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20040226 23:00 | TI - Transfer from Institution | 2448807 | | OCC | | $0.00 | $139.63 | $0.00 | $0.00 |
| 20040226 23:00 | TI - Transfer from Institution | 2448808 | | NOR | | $139.63 | $0.00 | $0.00 | $0.00 |
| 20040303 08:36 | IC - Transfer from Inmate to Club A/c | 2462061 | | NOR | ~SODA CAN REFUND 8-2 - Z182~SODA CAN REFUND 8-2 - Z182 | $0.00 | $0.50 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2467987 | | OCC | ~20040215 To 20040221 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2467992 | | OCC | ~20040215 To 20040221 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20040303 23:01 | TI - Transfer from Institution | 2467988 | | OCC | ~Associate Receipt Number is 2467987 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040303 23:01 | TI - Transfer from Institution | 2467990 | | OCC | ~Associate Receipt Number is 2467987 | $0.00 | $0.00 | $0.00 | $6.00 |
| 20040303 23:01 | TI - Transfer from Institution | 2467991 | | NOR | ~Associate Receipt Number is 2467987 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20040303 23:01 | TI - Transfer from Institution | 2467989 | | NOR | ~Associate Receipt Number is 2467987 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20040304 22:30 | CN - Canteen | 2476481 | | NOR | ~Canteen Date : 20040304 | $0.00 | $50.02 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040309 14:25

| | | | |
|---|---|---|---|
| Commit# : | W66526 | | |
| Name : | GENDRAW, ANTONIO, , | MCI NORFOLK | Page: 4 |
| Inst : | MCI NORFOLK | Statement From 20030901 | |
| Block : | 8-2 | To 20040309 | |
| Cell/Bed : | 215 /B | | |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $95.11 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 |