UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTONIO GENDRAW,<br>   Petitioner,<br><br> v.<br><br>LUIS SPENCER,<br>   Respondent. | )<br>)<br>)<br>) C.A. No. 04-10630-RGS<br>)<br>)<br>) |

ORDER ON PETITIONER'S MOTION
TO PROCEED WITHOUT PREPAYMENT OF FEES

On March 31, 2004, petitioner Antonio Gendraw, filed a petition for a writ of habeas corpus pursuant to Section 2254 and paid the $5 filing fee. He also filed an application to proceed without prepayment of the filing fee.

It is hereby ORDERED that Petitioner's application to proceed without prepayment of fees is DENIED as moot because petitioner has paid the $5 filing fee.

Dated at Boston, Massachusetts, this   18th   day of  June      , 2004.

             s/ Richard G. Stearns
            RICHARD G. STEARNS
            UNITED STATES DISTRICT JUDGE