UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL 13 P 12: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ANTONIO GENDRAW )<br>　　Petitioner, )<br>　　　　　　　　　　)<br>v.　　　　　　　　)　Civil Action No. 04-10630-RGS<br>　　　　　　　　　　)<br>LUIS SPENCER )<br>　　Respondent. )<br>　　　　　　　　　　) | |

### RESPONDENT'S MOTION TO DISMISS
### PETITION FOR WRIT OF HABEAS CORPUS

The respondent, Luis Spencer, hereby moves this Honorable Court to dismiss the Petition for Writ of Habeas Corpus filed by the petitioner, Antonio Gendraw. As grounds for this motion, the respondent states that the petition is time barred. 28 U.S.C. § 2244(d)(1). The respondent relies on the accompanying memorandum of law in support of this motion to dismiss.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO # 037060

Date: July 12, 2004