UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10630- RGS

ANTONIO GENDRAW

v.

LUIS SPENCER, Superintendent at MCI Norfolk

ORDER

October 21, 2004

STEARNS, D.J.

On March 29, 2004, plaintiff Antonio Gendraw filed a Petition for Writ of Habeas Corpus. On July 13, 2004, defendant Louis Spencer, the Superintendent at MCI Norfolk, filed a Motion to Dismiss. As no opposition to the motion has been filed, the motion is <u>ALLOWED</u>.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE